IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALBERT FRANCIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILLENNIUM SECURITY )<br>SERVICES, LLC, and MICHAEL )<br>E. MIZELL )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br>1:14-cv-01468-SCJ |

## **ORDER**

WHEREAS, the parties have settled the above-captioned action and filed a Joint Motion for Order Approving Settlement ("Joint Motion"), along with a copy of the fully-executed Settlement Agreement and General Release, dated July 24, 2014; and

WHEREAS, the Court, having considered the parties Joint Motion, finds that the settlement provides a fair, just and reasonable resolution of the disputed claims which have arisen in this lawsuit;

The Court therefore GRANTS the parties' Joint Motion, approves the settlement, and orders that the above-captioned action shall be dismissed with prejudice and without costs or attorneys' fees to either party.

DONE and ORDERED this 31st day of July, 2014.

                                s/Steve C. Jones
                                Hon. Steve C. Jones
                                United States District Court
                                Northern District of Georgia